No. 31. Southern Railway, Carolina Division, Plaintiff in Error, *v.* Fannie G. Driggs and her Husband, H. D. Driggs; and

No. 32. SOUTHERN RAILWAY, CAROLINA DIVISION, PLAINTIFF IN ERROR, *v.* HUBERT DRIGGS, BY HIS GUARDIAN AD LITEM, H. D. DRIGGS. In error to the Supreme Court of the State of South Carolina. Submitted October 25, 1916. Decided October 30, 1916. *Per Curiam.* Judgments reversed with costs upon the authority of *Kansas City Southern Ry.* v. *Carl,* 227 U. S. 639, 653; *Boston & Maine R. Co.* v. *Hooker,* 233 U. S. 97, 110–113; *Louisville & Nashville R. R. Co.* v. *Maxwell,* 237 U. S. 94, 97–98. *Mr. Benjamin Lindsay Abney* and *Mr. John K. Graves* for the plaintiff in error. *Mr. Stanwix G. Mayfield* for the defendants in error.